UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | Hon. Brian R. Martinotti, U.S.D.J. |
| | : | UNITED STATES DISTRICT COURT |
| VS. | : | |
| JAVIER OSORIO, | : | CRIMINAL NO. 19-936 |
| DEFENDANT | : | ORDER |

This matter having been opened to the Court on the motion of the defendant, Javier Osorio, through his attorney Michael J. Pappa, Esq., and the Court having considered the arguments of counsel and for good cause shown;

It is on this _____ day of _____, 2022,

**ORDERED** that the trial of the indictment is bifurcated and the indictment shall be amended accordingly; and it is

**FURTHER ORDERED** that the government is compelled to disclose any statements attributable to defendant, including statements of co-defendants; and it is

**FURTHER ORDERED** that the government is compelled to produce criminal records of government witnesses; and it is

**FURTHER ORDERED** that the government is provide all video tapes and audio recordings; and it is

**FURTHER ORDERED** that the government is compelled to comply with its discovery obligations including but not limited to any exculpatory evidence, impeachment evidence and rough

RUDNICK, ADDONIZIO, PAPPA & CASAZZA
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
PARK VILLAGE
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730

notes available to the government and discoverable under Brady v. Maryland, 373 U.S. 83 (1963); and it is

**FURTHER ORDERED** that the government provide the transcript of the testimony of witnesses who testified before the grand jury; and it is

**FURTHER ORDERED** that a copy of the within Order shall be served upon all interested parties within _____ days.

_____
HONORABLE BRIAN R. MARTINOTTI, U.S.D.J.

RUDNICK, ADDONIZIO, PAPPA & CASAZZA
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
PARK VILLAGE
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730